PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL LEON WILLIAMS, et. al.<br><br>    Defendant. | No. CR-S-09-196 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING |

Defendants: MICHAEL LEON WILLIAMS and PIERCE ALEXANDER DANDRIGE, through their respective attorneys, PETER KMETO, and CHRISTOPHER HAYDN-MYER, and the United States of America, through its counsel of record, SEAN C. FLYNN, stipulate and agree to the following:

1. The presently scheduled date of October 16, 2009 for Status Hearing shall be vacated and said Hearing be rescheduled for December 11, 2009 at 9:00 a.m..

2. Defense counsel's review of voluminous discovery continues and defendant, MICHAEL LEON WILLIAMS, has been scheduled for major surgery which may have an impact on future scheduling and status of the case. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

IT IS SO STIPULATED.

Dated:  October 14 , 2009                 /s/ SEAN C. FLYNN
                                          Assistant U.S. Attorney
                                          for the Government


Dated:  October 14, 2009                  /s/  PETER KMETO
                                          Attorney for Defendant
                                          MICHAEL LEON WILLIAMS


Dated:  October 14, 2009                  /s/ CHRISTOPHER HAYDN-MYER
                                          Attorney for Defendant
                                          PIERCE ALEXANDER DANDRIGE

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until December 11, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: October 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -