PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL LEON WILLIAMS, et. al. ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-S-09-196 GEB <br><br> STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |

    Defendants: MICHAEL LEON WILLIAMS, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, SEAN C. FLYNN, stipulate and agree to the following:

    1. The Pretrial Release Conditions of Defendant, MICHAEL LEON WILLIAMS, be modified by removing the condition requiring drug testing;

    2. The defendant, upon his initial court appearance, was ordered to submit to drug testing as a pretrial release condition. He has complied with said condition without incident. Defendant has recently under gone surgery making it exceedingly difficult to offer a test specimen. Pretrial Services is of the opinion that the testing condition is unnecessary. Accordingly, the parties stipulate that drug testing be removed as a pretrial release condition.

/// ///

/////

IT IS SO STIPULATED.

Dated:  January 6, 2010              /s/ SEAN C. FLYNN
                                     Assistant U.S. Attorney
                                     for the Government


Dated:  January 6, 2010              /s/  PETER KMETO
                                     Attorney for Defendant
                                     MICHAEL LEON WILLIAMS

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that drug testing be removed as a pretrial release condition as to defendant, MICHAEL LEON WILLIAMS.

DATED: January 7, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/williams0196.stipord