PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL LEON WILLIAMS, et. al. ) <br> ) <br> Defendant. ) <br> ) | No. CR-S-09-196 GEB <br><br> STIPULATION AND ORDER CONTINUING STATUS HEARING |

  Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, SEAN C. FLYNN, stipulate and agree to the following:

  1. The presently scheduled date of June 11, 2010 for Status Hearing shall be vacated as to defendant, MICHAEL LEON WILLIAMS, only, and said Hearing be rescheduled for August 6, 2010 at 9:00 a.m..

  2. Defendant, MICHAEL LEON WILLIAMS, continues to undergo daily radiation therapy which impacts his ability to discuss the case with counsel and makes him unavailable to come to court. The treatment is to last approximately another 2 weeks, however the side-effects of the treatment, which render him unavailable, are to last approximately 6 additional weeks. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(7)(A) [Local Code T4] – additional time to adequately prepare for pretrial

proceedings.

IT IS SO STIPULATED.

Dated:  June 9, 2010          /s/ SEAN C. FLYNN
                              Assistant U.S. Attorney
                              for the Government


Dated:  June 9, 2010          /s/  PETER KMETO
                              Attorney for Defendant
                              MICHAEL LEON WILLIAMS


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the hearing for STATUS HEARING as to Defendant, WILLIAMS, only, be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until August 6, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated:  June 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -