PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL LEON WILLIAMS, et. al.<br><br>　　　　Defendant. | No. CR-S-09-196 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING |

　　　　Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, CAROLYN DELANEY, stipulate and agree to the following:

　　　　1. The presently scheduled date of August 6, 2010 for Status Hearing shall be vacated as to defendant, MICHAEL LEON WILLIAMS, only, and said Hearing be rescheduled for September 10, 2010 at 9:00 a.m..

　　　　2. Defendant, MICHAEL LEON WILLIAMS, due to previously discussed illness, has just recently become available to counsel to discuss settlement of the case, However, defense counsel is currently in trial and, therefore, unavailable to defendant.

　　　　3.  Both defense and government counsel anticipate that the case will be ready for entry of plea on September 10, 2010. Accordingly, the parties

- 1 -

stipulate that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(A) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  August 5, 2010           /s/ CAROLYN DELANEY
                                 Assistant U.S. Attorney
                                 for the Government


Dated:  August 5, 2010           /s/  PETER KMETO
                                 Attorney for Defendant
                                 MICHAEL LEON WILLIAMS


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the hearing for STATUS HEARING as to Defendant, WILLIAMS, only, be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until September 10, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated:  August 6, 2010

GARLAND E. BURRELL, JR.
United States District Judge