PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-196 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| MICHAEL LEON WILLIAMS, et. al. | |
| Defendant. | |

Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, CAROLYN DELANEY, stipulate and agree to the following:

1. The presently scheduled date of November 5, 2010 for Status Hearing shall be vacated as to defendant, MICHAEL LEON WILLIAMS, only, and said Hearing be rescheduled for December 10, 2010 at 9:00 a.m..

2. Defendant, MICHAEL LEON WILLIAMS, due to previously discussed illness, has just recently become available to counsel to discuss settlement of the case, However, defense counsel has been and continues to be in trial and, therefore, has been unavailable to defendant.

3. Both defense and government counsel anticipate that the case will be ready for entry of plea on December 10, 2010. Accordingly, the parties

stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(7)(A) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  November 3, 2010          /s/ CAROLYN DELANEY
                                  Assistant U.S. Attorney
                                  for the Government


Dated:  November 3 , 2010         /s/   PETER KMETO
                                  Attorney for Defendant
                                  MICHAEL LEON WILLIAMS


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the hearing for STATUS HEARING as to Defendant, WILLIAMS, only, be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until December 10, 2010 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated: November 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -