PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>MICHAEL LEON WILLIAMS, et. al.  )<br>  )<br>           Defendant.  )<br>_____ ) | No. CR-S-09-196 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING |

    Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, CAROLYN DELANEY, stipulate and agree to the following:

    1. The presently scheduled date of December 10, 2010 for Status Hearing shall be vacated as to defendant, MICHAEL LEON WILLIAMS, only, and said Hearing be rescheduled for January 14, 2011 at 9:00 a.m..

    2.  Defense counsel has been in a lengthy trial and, therefore, has been unavailable to defendant for purposes of discussing the Plea Agreement. On December 7th, said trial went to the jury and defense counsel is now available to properly represent his client.

    3.  Both defense and government counsel anticipate that the case will be ready for entry of plea on January 14, 2011. Accordingly, the parties stipulate

- 1 -

that time be excluded pursuant to 18 U.S.C. §3161(h)(7)(A) [Local Code T4]

– additional time to adequately prepare for pretrial proceedings.

IT IS SO STIPULATED.

Dated:  December 8, 2010        /s/ CAROLYN DELANEY
                                Assistant U.S. Attorney
                                for the Government


Dated:  December 8, 2010        /s/  PETER KMETO
                                Attorney for Defendant
                                MICHAEL LEON WILLIAMS


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the hearing for STATUS HEARING as to Defendant, WILLIAMS, only, be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until January 14, 2011 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

Dated:  December 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -