1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: MICHAEL LEON WILLIAMS
5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )     No. CR-S-09-196 GEB
                                      )
10              Plaintiff,            )
                                      )     STIPULATION AND ORDER
11     vs.                            )     CONTINUING STATUS
                                      )     HEARING
12  MICHAEL LEON WILLIAMS, et. al.    )
                                      )
13              Defendant.            )
   _____)

14

15          Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER

16  KMETO, and the United States of America, through its counsel of record,

17  CAROLYN DELANEY, stipulate and agree to the following:

18          1. The presently scheduled date of March 11, 2011 for Status Hearing shall

19     be vacated as to defendant, MICHAEL LEON WILLIAMS, only, and said

20     Hearing be rescheduled for April 8, 2011 at 9:00 a.m..

21          2.  Both parties anticipate completion of settlement negotiations, which have

22     been delayed due to defense counsel's trial schedule, and that the case will

23     be ready for entry of plea April 8, 2011. Accordingly, the parties stipulate that

24     time be excluded pursuant to 18 U.S. C. §3161(h)(7)(A) [Local Code T4] –

25     additional time to adequately prepare for pretrial proceedings.

26

27

28                              - 1 -

1     IT IS SO STIPULATED.

2  Dated:  March 10, 2011          /s/ CAROLYN DELANEY

3                                  Assistant U.S. Attorney

                                   for the Government
4

5

6  Dated:  March 10, 2011          /s/  PETER KMETO

                                   Attorney for Defendant
7
                                   MICHAEL LEON WILLIAMS
8

9                                  ORDER

10
          UPON GOOD CAUSE SHOWN and the stipulation of the two parties,
11

12 it is ordered that the hearing for STATUS HEARING as to Defendant, WILLIAMS,

13 only, be continued as set forth above.

14        The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A)

15 and Local Rule T-4 until April 8, 2011 for continuity of defense counsel and time to

16 permit defense counsel to prepare and properly advise his client.

17 Dated:  March 10, 2011

18

19

20                                 GARLAND E. BURRELL, JR.

21                                 United States District Judge

22

23

24

25

26

27

28                                 - 2 -