1 BENJAMIN B. WAGNER
United States Attorney
2 MICHAEL M. BECKWITH
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2797

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                 )  CR. S 2:09-0196 GEB
12            Plaintiff,          )
                                 )  STIPULATION AND [PROPOSED] ORDER
13                               )  VACATING TRIAL CONFIRMATION
                                 )  DATE, TRIAL DATE, REQUESTING
14                               )  DATE FOR STATUS CONFERENCE, AND
                                 )  EXCLUDING TIME
15       v.                      )
                                 )
16 MICHAEL LEON WILLIAMS,         )
                                 )
17            Defendant.          )  Hon. Garland E. Burrell, Jr.
                                 )
18 ──────────────────────────────

19      The parties request that the trial confirmation date of

20 December 9, 2011, and the trial date of January 24, 2012, in the

   above-referenced case be vacated and that the date of January 20,
21
   2012, be set for a new status conference.  Additionally, the
22
   parties request and stipulate that the time beginning December 9,
23
   2011, and extending through January 20, 2012, should be excluded
24
   from the calculation of time under the Speedy Trial Act.  The
25
   defense attorney has requested the time between now and January
26
   20, 2012, for preparation and to interview witnesses.  The delay
27
   is due to the defendant's unavailability due to serious illness
28

                               1

1  and to Mr. Kmeto's personal trial schedule.

2       Defendant Williams and the United States submit that the

3  ends of justice are served by the Court excluding such time, in

4  order to permit the counsel a reasonable time to prepare taking

5  into account the exercise of due diligence.   The parties

6  stipulate and agree that the interests of justice served by

7  granting this continuance outweigh the best interests of the

8  public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)

9  and local code T-4.

10                                      Respectfully Submitted,

11                                      BENJAMIN B. WAGNER
                                        United States Attorney
12

13 Dated: December 8, 2011            By:/s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
14 _____        Assistant U.S. Attorney

15 Dated: December 8, 2011            By:/s/ Peter Kmeto
                                         PETER KMETO
16                                       Attorney for defendant
                                         MICHAEL LEON WILLIAMS

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ORDER**

3       In case number CR S 2:09-0196 GEB, the time beginning

4  December 9, 2011,, and extending through January 20, 2012, is

5  excluded from the calculation of time under the Speedy Trial Act.

6  The Court finds that the interests of justice served by granting

7  this continuance outweigh the best interests of the public and

8  the defendant in a speedy trial.   18 U.S.C. § 3161(h) and local

9  code T-4.   Furthermore, the trial confirmation hearing date of

10 December 9, 2011, and the trial date of January 24, 2012, are

11 vacated and a status conference is set for January 20, 2012.

12

13

IT IS SO ORDERED.

14

Dated:   December 8, 2011

15

16

17 GARLAND E. BURRELL, JR.
   United States District Judge

18

19

20

21

22

23

24

25

26

27

28