1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: MICHAEL LEON WILLIAMS
5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           )      No. CR-S-09-196 GEB
                                        )
10            Plaintiff,                )
                                        )      STIPULATION AND ORDER
11     vs.                              )      CONTINUING STATUS
                                        )      HEARING
12  MICHAEL LEON WILLIAMS, et. al.      )
                                        )
13            Defendant.                )
   _____)

14

15         Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER

16  KMETO, and the United States of America, through its counsel of record, MICHAEL

17  BECKWITH, stipulate and agree to the following:

18         1. The presently scheduled date of March 16, 2012 for Status Hearing shall

19     be vacated as to defendant, MICHAEL LEON WILLIAMS, only, and said

20     Hearing be rescheduled for April 20, 2012 at 9:00 a.m..

21         2.  Settlement negotiations are currently being conducted and will have

22     concluded by April 20, 2012. Accordingly, the parties stipulate that time be

23     excluded from March 16, 2012 to April 20, 2012 pursuant to 18 U.S. C.

24     §3161(h)(7)(A) and 18 U.S.C. §3161(h)(8)(B)(iv) [Local Code T4] –additional

25     time to adequately prepare for pretrial proceedings. The parties further

26     stipulate that the interests of justice outweigh the defendant's and the

27     public's interest in a speedy trial.

28                                    - 1 -

1    IT IS SO STIPULATED.

2    Dated:  March 14, 2012          /s/ MICHAEL BECKWITH

3                                    Assistant U.S. Attorney
                                     for the Government
4

5
     Dated:  March 14, 2012          /s/  PETER KMETO
6                                    Attorney for Defendant

7                                    MICHAEL LEON WILLIAMS

8

9                                   ORDER

10
            UPON GOOD CAUSE SHOWN and the stipulation of the two parties,
11
     it is ordered that the hearing for STATUS HEARING as to Defendant, WILLIAMS,
12
     only, be continued as set forth above.
13
            The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A),
14
15   18 U.S.C. §3161(h)(8)(B)(iv) and Local Rule T-4 from March 16, 2012 until April 20,

16   2012 for continuity of defense counsel and time to permit defense counsel to

17   prepare and properly advise his client. The Court further finds that the interests of

18   justice outweigh the defendant's and the public's interest in a speedy trial.

19   Dated:  March 14, 2012
20

21

22                                   GARLAND E. BURRELL, JR.
23                                   United States District Judge

24

25

26

27

28                                  - 2 -