PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: MICHAEL LEON WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-S-09-196 GEB |
| )  Plaintiff,  ) | |
| ) | STIPULATION AND ORDER |
| vs.  ) | CONTINUING TRIAL |
| ) | CONFIRMATION HEARING |
| MICHAEL LEON WILLIAMS, et. al.  ) | |
| ) | |
| Defendant.  ) | |

Defendant: MICHAEL LEON WILLIAMS, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, MICHAEL BECKWITH, stipulate and agree to the following:

1. The presently scheduled date of January 18, 2013 for Trial Confirmation Hearing shall be vacated as to defendant, MICHAEL LEON WILLIAMS, and said Hearing be rescheduled for January 25, 2013 at 9:00 a.m..

2. Settlement negotiations are currently being conducted and will have concluded by January 25, 2013. There has been a prior exclusion of time until March 5, 2013 when the matter is set for jury trial.

IT IS SO STIPULATED.

Dated:  January 15, 2013          /s/ MICHAEL BECKWITH
                                   Assistant U.S. Attorney
                                   for the Government

- 1 -

Dated:  January 15, 2013            /s/   PETER KMETO
                                   Attorney for Defendant
                                   MICHAEL LEON WILLIAMS

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the Trial Confirmation Hearing as to Defendant, WILLIAMS, be continued as set forth above.

Dated:  January 17, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 2 -